MEMORANDUM
TO THE HONORABLE JACK B. WEINSTEIN
Senior United States District Judge

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 14 2010 ★

BROOKLYN OFFICE

RE:   FRANZESE, Thomas

DOCKET NO.:   07-CR-725

## REQUEST TO APPLY FOR U.S. PASSPORT

    The above-captioned probationer was sentenced by Your Honor on May 22, 2009, to 5 years Probation following a conviction on one (1) count of Racketeering, in violation of 18 USC 1962c and 1963(a). In addition to the standard conditions of Probation, Your Honor ordered a number of special conditions, a $10,000.00 Fine and $100.00 Special Assessment. This memorandum is being provided to the Court to request an Order from Your Honor authorizing the probationer to apply for a U.S. Passport. The releasee has submitted an application to the Department of State for a passport but has been advised by that agency that considering his probation status, they would require an Order from the Court permitting him to possess that document.
    At this juncture, the probationer appears to be in full compliance with his conditions of probation. He has paid both of the financial obligations in full, and has complied with all of the standard and special conditions ordered at sentencing. The releasee has requested permission to travel on a cruise this October.
    As such, the Probation Department respectfully recommends that the Court approve the probationer's request to possess a U.S. Passport and permit him to travel internationally. The probationer has been advised that if approved, he will be required to surrender the passport to the U.S. Pretrial Services Office upon his return to the district, as they are the agency mandated by the Court to maintain custody of passports for individuals under community supervision. The probationer has indicated a willingness to comply with this requirement. Upon completion of his sentence, the passport will be returned to the probationer.
    On page 2 of this memorandum is an Order which Your Honor may utilize to convey the Court's direction in this matter. Should Your Honor require any additional information, the undersigned officer may be reached at (631) 712-6325.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

PREPARED BY:   *[signature]*
Edward J. Kanaley
Senior U.S. Probation Officer

APPROVED BY:   *[signature]*
David J. Washington
Supervising U.S. Probation Officer

September 2, 2010



FRANZESE, Thomas             Dkt#07-CR-725                                    2

## ORDER OF THE COURT

Probationer's request to possess U.S. Passport and travel internationally is hereby:

APPROVED: _____[signature]_____  9/8/10
             The Honorable Jack B. Weinstein      Date
             Senior U.S. District Judge


DENIED: _____
             The Honorable Jack B. Weinstein      Date
             Senior U.S. District Judge


OTHER: _____